1  Thomas G. Waller, AKSB No. 0109052
   BAUER MOYNIHAN & JOHNSON LLP
   2101 4TH Avenue - 24th Floor
2  Seattle, WA  98121
   Telephone:  (206) 443-3400
3  Facsimile:  (206) 448-9076

4  Attorneys for Cook Inlet Marine, L.L.C.

5

6  UNITED STATES DISTRICT COURT
   DISTRICT OF ALASKA AT ANCHORAGE

7  COOK INLET MARINE, L.L.C., an
   Alaska Limited Liability Company,

8                                              IN ADMIRALTY
                 Plaintiff,

9
          v.                                   NO.  3:11-cv-00239-JWS
10
   MLDC GOVERNMENT SERVICES CORP., a
11 Delaware Corporation, d/b/a GOVERNMENT      PLAINTIFF'S NOTICE OF
   SERVICES CORP. and MATT E. RUCK, a          VOLUNTARY DISMISSAL
12 single man,                                 WITHOUT PREJUDICE

13               Defendants.

14      Per the terms of Fed. R. Civ. P. 41(a)(1), plaintiff Cook Inlet Marine, L.L.C. hereby

15 voluntarily dismisses the above captioned lawsuit without prejudice.

16

17      DATED this Monday, January 16, 2012.

18

19                                      BAUER MOYNIHAN & JOHNSON LLP

20                                      /s/ Thomas G. Waller
                                        Thomas G. Waller, AKSB No. 0109052
                                        Attorneys for Plaintiff Cook Inlet Marine, L.L.C.
21                                      2101 Fourth Avenue, Suite 2400
                                        Seattle, WA  98121-2320
22                                      Phone:  (206) 443-3400
                                        Fax:  (206) 448-9076
23                                      E-mail:  tgwaller@bmjlaw.com

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

PLAINTIFF'S VOLUNTARY DISMISSAL
1 of 1

- 1 -