Thomas G. Waller, AKSB No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4^(TH) Avenue - 24^(th) Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Cook Inlet Marine, L.L.C.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| COOK INLET MARINE, L.L.C., an Alaska Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MLDC GOVERNMENT SERVICES CORP., a Delaware Corporation, d/b/a GOVERNMENT SERVICES CORP. and MATT E. RUCK, a single man,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 3:11-cv-00239-JWS<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Per the terms of Fed. R. Civ. P. 41(a)(1), plaintiff Cook Inlet Marine, L.L.C. hereby voluntarily dismisses the above captioned lawsuit without prejudice.

DATED this Monday, January 16, 2012.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller
Thomas G. Waller, AKSB No. 0109052
Attorneys for Plaintiff Cook Inlet Marine, L.L.C.
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121-2320
Phone: (206) 443-3400
Fax: (206) 448-9076
E-mail: tgwaller@bmjlaw.com

PLAINTIFF'S VOLUNTARY DISMISSAL
1 of 1

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076